

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00372-RGK |
|---|---|
| Plaintiff, | **ORDER OF DETENTION** |
| v. | |
| WENHENG ZHAO, | |
| Defendant. | |

On August 3, 2023, Defendant Wenheng Zhao made his initial appearance on the Indictment filed in this matter. Deputy Federal Public Defender Richard Goldman was appointed to represent Defendant, subject to a later order for contribution at the discretion of the District Judge.

At Defendant's request, the detention hearing was continued to August 8, 2023.

&boxtimes;   On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court finds that no condition or combination of conditions will reasonably assure:

☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

The Court has considered the following:

(a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(b) the weight of evidence against the defendant;

(c) the history and characteristics of the defendant; and

(d) the nature and seriousness of the danger to any person or the community.

*See* 18 U.S.C. § 3142(g).

The Court also considered the Pretrial Services Reports and Recommendations dated August 3 and August 8, 2023, the Indictment, the arguments of counsel, and the evidence adduced at the hearing, which includes the following:

- 11 exhibits submitted by Defendant, consisting of news articles from 2021 entitled "Large Scale Exercise," "U.S Navy Kicks Off Large-Scale Exercise 2021," "U.S. 2nd Fleet is 'Ready to Fight' as it Leads 7th Expeditionary Maritime Operations Center During Large Scale Exercise 2021," "505th Command and Control Wing Supports Navy Large Scale Exercise 21," "SECNAV Del Toro Visits USS Kearsarge First Day on the Job," "SECNAV, CNO & Rep. Witttman Take Part in Large Scale Exercise 2021 in Hampton Roads," "Military Sealift Command Supporting U.S.

Navy's Large Scale Exercise 2021," "US 3rd Fleet Successfully Concludes Large-Scale Exercise 2021," "1600 Marines from II Marine Expeditionary Force Participate in Large Scale Exercise," "Corps to Fire Ship-Sinking Missile in Pacific as 'Demonstration of Force'", and "Global Exercise to test US Navy's Live, Virtual and Constructive Training Environment".

- Excerpts submitted by the government from a transcript of the post-Miranda interview of Defendant, specifically pages 16-18, 31-32, 99-100, and 124-127.

The Court bases its conclusions on the following:

As to risk of non-appearance:

Defendant was born in the People's Republic of China ("PRC") in 1997, immigrated to the United States in 2009, became a naturalized United States citizen in 2012, enlisted in the United States Navy in 2017, has a history of personal international travel to the PRC (2016), Iceland (2021), and Japan (2023), and is alleged between August 2021 and May 2023 to have surreptitiously communicated with and received bribes from an individual whom he knew was located in the PRC in exchange for the transmission of sensitive U.S. military information, including documents marked as controlled unclassified information, information concerning U.S. Navy operational security, and photographs and videos of restricted areas on Naval Base Ventura County and San Clemente Island. Even if Defendant did not know that the individual with whom he was surreptitiously communicating and from whom he was receiving bribes was an intelligence officer working on behalf of the PRC, Defendant's alleged actions over the course of more than 20 months, while serving as a Petty Officer in the United States Navy and having received training regarding the requirement to report suspicious incidents, including attempts by non-Navy personnel to elicit sensitive

operational information, suspicious contacts from and engaged in encrypted communications with an individual, demonstrate a disregard for orders and rules. Defendant's admission to sending the information because it was "easy money" is further evidence of his disregard for rules and supports the conclusion that he would not appear in Court as required. Additionally, that law enforcement found $20,000 in a grocery bag in Defendant's residence on the naval base, and the information regarding his financial condition set forth in the Pretrial Services report, show that he has the means to flee.

As to danger to the community, the allegations in the Indictment and Defendant's admission to surreptitiously sending information to an individual in the PRC in violation of his duties in exchange for "easy money," are evidence that he presents a danger to national security.

For these reasons and those set forth on the record at the hearing, it is ORDERED that Defendant Wenheng Zhao be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. *See* 18 U.S.C. § 3142(i).

Dated: August 8, 2023

*Patricia Donahue*
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE