```
E. MARTIN ESTRADA
United States Attorney
CAMERON SCHROEDER
Assistant United States Attorney
Chief, National Security Division
ANNAMARTINE SALICK (Cal. Bar No. 309254)
CHRISTINE M. RO (Cal. Bar No. 285401)
KATHRYNNE N. SEIDEN (Cal. Bar No. 310902)
SARAH E. GERDES (Cal. Bar No. 306015)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4496
     Facsimile: (213) 894-2927
     E-mail:    christine.ro@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 23-CR-372-RGK |
|---|---|
| Plaintiff, | NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION |
| v. | |
| WENHENG ZHAO, aka "Thomas Zhao," | |
| Defendant. | |

## NOTICE OF INTENT TO USE

## FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States hereby provides notice to the defendant, Wenheng Zhao, aka Thomas Zhao, and to the Court that, pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence

Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1812, 1821-1829.

| Dated: August 14, 2023 | Respectfully submitted, |
|---|---|
| | E. MARTIN ESTRADA<br>United States Attorney |
| | CAMERON SCHROEDER<br>Assistant United States Attorney<br>Chief, National Security Division |
| | _____/s/_____<br>CHRISTINE M. RO<br>Assistant United States Attorney |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |