RICHARD D. GOLDMAN, (Cal. Bar No. 187707)
richard_goldman@fd.org
DEPUTY FEDERAL PUBLIC DEFENDER
321 E. 2ND STREET
LOS ANGELES, CA 90012
213-894-4791

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
| --- | --- |
| PLAINTIFF | |
| v. | CR 23-372-RGK |
| WENHENG ZHAO, | |
| DEFENDANT. | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant WENHENG ZHAO
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Patricia A. Donahue by order dated: August 8, 2023

    ☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
    ☐ ordering release upon certain conditions, or
    ☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
Wenheng Zhao has no additional facts to present to the Magistrate Judge. Instead, Mr. Zhao seeks to appeal his order of detention to United States District Judge R. Gary Klausner, who is presiding over this case.

    Relief sought *(be specific)*:
Wenheng Zhao is seeking release from custody on conditions that will reasonably assure his appearance at all proceedings, and reasonably assure the safety of the community.

Counsel for the defendant and plaintiff United States Government consulted on August 14, 2023
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☑ PSA ☐ Interpreter ☐ USM ☐ Probation
on August 14, 2023.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| August 17, 2023 | Wenheng Zhao |
| --- | --- |
| Date | Moving Party |