E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
ANNAMARTINE SALICK (Cal. Bar No. 309254)
CHRISTINE M. RO (Cal Bar No. 285401)
KATHRYNNE N. SEIDEN (Cal. Bar No. 310902)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2400
    Facsimile: (213) 894-0141
    E-mail:   annamartine.salick@usdoj.gov
              christine.ro@usdoj.gov
              kathrynne.seiden@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>          v.<br><br>WENHENG ZHAO,<br>a.k.a. "Thomas Zhao,"<br><br>        Defendant. | CR No. 2:23-372-RGK<br><br>[PROPOSED] ORDER SEALING EXHIBIT B TO GOVERNMENT'S OPPOSITION TO MOTION FOR REDETERMINATION OF CUSTODY STATUS |
|---|---|

    For good cause shown, IT IS HEREBY ORDERED THAT Exhibit B to the Government's Opposition to Defendant's Motion for Redetermination of Custody Status be filed under seal.

_____      _____
DATE                                   HONORABLE GARY R. KLAUSNER
                                           UNITED STATES DISTRICT JUDGE

**OR IN CASE OF DENIAL:**

 The government's application for sealed filing is DENIED.  The underlying document shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____     _____
DATE                     HONORABLE GARY R. KLAUSNER
                              UNITED STATES DISTRICT JUDGE